**Order entered August 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00633-CV

### WASH TECHNOLOGIES OF AMERICA CORPORATION AND JON K. BANGASH, APPELLANTS

### V.

### JOHN T. PAPPAS, APPELLEE

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16090**

## ORDER

We **GRANT** court reporter Stephanie S. Moses' August 17, 2016 request to extend time to file the reporter's record and **ORDER** the reporter's record filed no later than September 29, 2016.

/s/    ELIZABETH LANG-MIERS
        JUSTICE